EMMA RUSH

2:16-CV-02255-PKH

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 20 2017

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

OBJECTION TO THE REPORT AND RECOMMENDATIONS:

i. On January 4, 2017 I emailed my respond for rule 26(f) to Mr. Robert also office depot email a copy on my behalf on January 4, 2017. I was being caution by send one myself.
ii. Motion to dismiss all evidence has not been presented
iii. Copy of USP tracing shown date arrival July 30, 2016 also copy of form 5 and envelope
iv. Relief short clarification I seek relief under civil right, company should be punish and sanction what it takes to stop them from continually violation of the Civil Right Act. I seek relief under civil right act all in should be punish I Love Jesus I seek monetary $888,888,888.88 that can not every restore me or take away the suffering and pain......ect.
v. I prayer court will appoint attorney
vi.

*Emma Rush* (signature)