English    Customer Service    USPS Mobile                                Register / Sign In

# USPS.COM

# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›



Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70131090000100629920

On Time
Updated Delivery Day: Saturday, July 30, 2016

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

## Available Actions

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 30, 2016, 12:00 pm | Delivered, PO Box | LITTLE ROCK, AR 72231 |

Your item has been delivered and is available at a PO Box at 12:00 pm on July 30, 2016 in LITTLE ROCK, AR 72231.

| July 30, 2016, 8:55 am | Arrived at Unit | LITTLE ROCK, AR 72231 |
| July 30, 2016, 5:17 am | Departed USPS Facility | LITTLE ROCK, AR 72231 |
| July 29, 2016, 11:18 pm | Arrived at USPS Facility | LITTLE ROCK, AR 72231 |
| July 29, 2016, 12:21 am | Departed USPS Facility | FAYETTEVILLE, AR 72701 |
| July 28, 2016, 9:12 pm | Arrived at USPS Facility | FAYETTEVILLE, AR 72701 |
| July 28, 2016, 4:37 pm | Departed Post Office | FORT SMITH, AR 72903 |
| July 28, 2016, 4:10 pm | Acceptance | FORT SMITH, AR 72903 |

## Track Another Package

Tracking (or receipt) number

[                                ]  Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›





PO Box 814
Fort Smith AR 72901

US EEOC
Attn: Lisa Yoshisaki
820 Louisiana Suite 200
Little Rock AR 72201



PO Box 814
Fort Smith AR 72901

CERTIFIED MAIL
7013 1090 0001 0062 9913

US EEOC
Attn: Lisa Yoshisaki
820 Louisiana Suite 200
Little Rock AR 72201

PLUTO—EXPLORED!



**U.S. Equal Employment Opportunity Commission**
**Little Rock Area Office**

820 Louisiana
Suite 200
Little Rock, AR 72201
(501) 324-5014
TTY (501) 324-5481
Fax: (501) 324-5991

Respondent: STATE ARKANSAS DWS
EEOC Charge No.: 493-2016-01310

June 30, 2016

Emma Rush
Po Box 814
Fort Smith, AR 72902

Dear Ms. Rush:

This is with reference to your recent written correspondence or intake questionnaire in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

- [X] Title VII of the Civil Rights Act of 1964 (Title VII)

- [X] The Age Discrimination in Employment Act (ADEA)

- [ ] The Americans with Disabilities Act (ADA)

- [ ] The Equal Pay Act (EPA)

- [ ] The Genetic Information Nondiscrimination Act (GINA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. Because the document that you submitted to us constitutes a charge of employment discrimination, we have complied with the law and notified the employer that you filed a charge. Before we investigate your charge, however, you must sign and return the enclosed Form.

To enable proper handling of this action by the Commission you should:

(1) Review the enclosed charge form and make corrections.

(2) Sign and date the charge in the bottom left hand block where I have made an "X". For purposes of meeting the deadline for filing a charge, the date of your original signed document will be retained as the original filling date.

(3) Return the signed charge to this office.

Before we initiate an investigation, we must receive your signed Charge of Discrimination (EEOC Form 5). Please sign and return the charge within thirty (30) days from the date of this letter. Under EEOC procedures, if we do not hear from you within 30 days or receive your signed charge within 30 days, we are authorized to dismiss your charge and issue you a right to sue letter allowing you to pursue the matter in federal court.

Please use the "EEOC Charge No." listed at the top of this letter whenever you call us about this charge. Please also notify this office of any change in address or of any prolonged absence from home. Failure to cooperate in this matter may lead to dismissal of the charge.

Please also read the enclosed brochure, "What You Should Know Before You File A Charge With EEOC," for answers to frequently asked questions about employee rights and the EEOC process. If you have any questions, please call me at the number listed below. If you have to call long distance, please call collect.

Sincerely,

Lisa Yoshisaki
Investigator
(501) 324-5066

Office Hours: Monday – Friday, 8:00 a.m. - 4:30 p.m.
www.eeoc.gov

Enclosure(s)
    Copy of EEOC Form 5, Charge of Discrimination
    Copy of EEOC Uniform Brochure, "What You Should Know Before You File A Charge With EEOC."

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>493-2016-01310 and EEOC |
|---|---|---|

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.)<br>Ms. Emma Rush | Home Phone (Incl. Area Code)<br>(479) 522-1387 | Date of Birth<br>11-02-1961 |
|---|---|---|

Street Address: Po Box 814, Fort Smith, AR 72902

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>STATE ARKANSAS DWS | No. Employees, Members<br>15 - 100 | Phone No. (Include Area Code)<br>(479) 783-0231 |
|---|---|---|

Street Address: 616 Garrison Ave, Fort Smith, AR 72901

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-09-2015   Latest: 12-09-2015
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired around 2006, and my most current position is Workforce Specialist. Around 11/2015, I applied for the position of DWS Program Supervisor. On 12/09/15, I was informed that I was not selected for an interview. A white male (30's) was selected for the position.

I was told I was not selected because I failed to submit my transcripts and without them I did not meet the minimum qualifications.

I believe I was denied an interview due to my sex, F, and my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended, and because of my age, 54, in violation of the Age Discrimination in Employment Act of 1967, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 7/28/16   Charging Party Signature: Emma Rush

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

CP Enclosure with EEOC Form 5 (11/09)

PRIVACY ACT STATEMENT: Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1.  **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2.  **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3.  **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4.  **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5.  **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

